NUMBER 13-06-620-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________


CASTLE TEXAS EXPLORATION COMPANY, ET AL., Appellants,


v.



KENT CIRCLE INVESTMENTS, LLC, ET AL., Appellees.

____________________________________________________________


On appeal from the 25th District Court


of Lavaca County, Texas.


____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Yañez and Rodriguez


Memorandum Opinion Per Curiam



 Appellants, CASTLE TEXAS EXPLORATION COMPANY, ET AL., perfected an
appeal from a judgment entered by the 25th District Court of Lavaca County, Texas, in
cause number 02-12-19349CV. Appellants, Castle Texas Exploration Company, Castle
Texas Oil & Gas Limited Partnership, Delta Petroleum Corporation, and BWAB Limited
Liability Company (the "Castle entities") have filed a motion to dismiss appeal with
prejudice. In their motion, the Castle entities state that they have settled the disputes that
led to this appeal, and the Castle entities wish to dismiss the appeal with prejudice. The
Castle entities request that each party bear their own costs on appeal. The Castle entities
further state that their settlement agreement and dismissal does not affect the appeal of
appellant, Westport Oil & Gas Co., L.P. Appellant, Westport Oil & Gas Company, L.P.
("Westport") has also filed a motion to dismiss appeal. In its motion, Westport states that,
in light of the settlement by the other parties to this appeal and the motion to dismiss
appeal filed by the Castle entities, it wishes to dismiss its appeal.

 The Court, having examined and fully considered the documents on file and the
motions to dismiss appeal filed by the Castle entities and Westport, is of the opinion that
the appeal should be dismissed. The motions to dismiss appeal are GRANTED, and the
appeal is DISMISSED.

 PER CURIAM


Memorandum Opinion delivered and filed

this the 8th day of March, 2007.